Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



RECEIVED

APR - 1 2026

CLERK U.S. DISTRICT COURT
RICHMOND, VA.

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Richmond Division

Minister Barr, Authorized Fiduciary
Divine Extensions Foreign Grantor Trust Ministry

_____

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

NorthRock Comp./Chris Jeffery
Glenmoor Oaks - Sarah Warmbier
VA Housing - Hil Richardson
Chesterfield County DSS - Kiva Rogers
Chesterfield County Circuit Court - Judge Robbins
Judge Pemberton

*Defendant(s)*
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:26CV 252

(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*    Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ( Equity )
(Chancery Division)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name            Minister Barr, Authorized Fiduciary Divine Extensions Foreign Grantor Trust ministry

Street Address  P.O. Box 88

City and County Moseley Virginia

State and Zip Code [23120]

Telephone Number 8049826483

E-mail Address  Divineextensions1@yahoo.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name Hil Richardson / VA Housing

Job or Title *(if known)* ~~4224 Cox Rd~~ CFO

Street Address 4224 Cox Rd

City and County Glen Allen VA 23060

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name NorthRock Companies / Chris Jeffery, CFO

Job or Title *(if known)* CFO

Street Address 11820 South Street Suite 310

City and County Draper UT 84020

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name Chesterfield County DSS - Kiva Rogers

Job or Title *(if known)* Director

Street Address 9501 Lucy Corr Circle

City and County Chesterfield VA 23832

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name Scott Turner US HUD

Job or Title *(if known)* CFO

Street Address 2415 Eisenhower Ave

City and County Alexandria VA 22314

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Page 2 of 5

Hon, Judge Robbins
9500 Courthouse Rd
Chesterfield VA 23832

Hon. Judge Pemberton
9500 Courthouse Rd
Chesterfield VA 23832

Sarah Warmbier
Glenmoor Oaks Apartments
1801 Golden Bear Trace
Moseley VA 23120

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__Affidavits Attached__

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Ministr. Barr Fiduciary Divine Extensions Foreign Grantor Trust Ministry, is a ~~citizen of the~~ fiduciary of Trust

      State of *(name)* Virginia.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated

      under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)*

      _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of

      the State of *(name)* _____. Or is a citizen of

      *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _Northrock_ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_Affidavits included_

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  _60 day stay. Security Interest unresolved. Sixty day stay to prevent irreparable harm_

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   April 1, 2026

Signature of Plaintiff   By Minister: Barr, Authorized Tuduray Divine Extension Forgin Grantory Trust

Printed Name of Plaintiff   By Mininster: Barr, Authorized Fiduciary for Divine Extension Ministry Without prejudce or recourse   Foreign Grantor Trust Ministry

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

*Risk of Irreparable harm*
*Urgent matter*
*Req*



*Urgent*
*Please Respond by April 3, 2026*

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

MINISTER:BARR, Fiduciary and Co-Trustee for the Divine Extensions Foreign Grantor Trust,

a Foreign Grantor Trust and Ecclesiastical Ministry (508),

Petitioner/Plaintiff,

v.

THE HONORABLE JAYNE A. PEMBERTON; THE HONORABLE EDWARD A. ROBBINS, JR.;

NORTHROCK COMPANIES; THE SHERIFF OF CHESTERFIELD COUNTY, *et, all*

Respondents/Defendants.

Case No.: _____

**EMERGENCY PETITION IN EQUITY FOR WRIT OF MANDAMUS AND TEMPORARY RESTRAINING ORDER**/ *Petition for Fee Waiver*

**I. STATEMENT OF STANDING**

Petitioner appears in equity in a fiduciary capacity to protect the Trust corpus, sanctuary, and beneficiaries.

**II. EMERGENCY CIRCUMSTANCES**

1. Petitioner initiated proceedings in equity asserting the Trust's security interest and fiduciary authority prior to any action by Northrock.
2. The Trust provided notices, demands for accounting, and documentation establishing its position.

*By Minister: Barr without prejudice or recourse march 31, 2026*

*authorized Fiduciary/Grantor*

3. Northrock subsequently initiated an Unlawful Detainer against the principals instead of addressing the Trust.

4. On March 18, 2026, the Circuit Court dismissed Petitioner's pleadings and denied reconsideration without a hearing.

5. The Court acknowledged Trust status by denying a fee waiver on that basis. 6. Despite acknowledgment, the Court did not adjudicate the Trust's claims or underlying dispute. 7. The Trust was recognized administratively but disregarded adjudicatively. 8. Respondents continue proceeding against principals while ignoring Trust authority. 9. An unlawful detainer is scheduled April 8, 2026, creating imminent risk of removal. **III. BASIS FOR FEDERAL INTERVENTION**

10. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1332, and 1361.

11. Petitioner asserts deprivation of Due Process under the Fourteenth Amendment. 12. The Trust initiated claims first but was denied adjudication before dismissal. 13. Proceedings continue against principals while bypassing the Trust.

14. This creates a posture depriving the Trust of a meaningful opportunity to be heard. 15. Equity intervention is required to prevent irreparable harm.

16. Beneficiaries face loss of shelter without adequate remedy.

**IV. REQUEST FOR TEMPORARY RESTRAINING ORDER**

Petitioner requests a stay of April 8 proceedings and prevention of enforcement actions. **V. PRAYER FOR RELIEF**

Petitioner requests mandamus relief, TRO, and further equitable relief.

**VERIFICATION**

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct. Executed on: March 31, 2026

Signature: _By Minister: Barr, Authorized Fiduciary /Co-TTEE without prejudice without recourse March 31, 2026_
Minister:Barr, Fiduciary and Co-Trustee

Please respond by email at: Divineextensions1@yahoo.com

